UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GABRIEL SANCHEZ-LUNA,<br><br>　　　　　　　Defendant. | NO.  CR-97-2047-WFN-1<br><br>ORDER DISMISSING INDICTMENT |

　　　Before the Court is the Government's Motion to Dismiss the Indictment with prejudice.

　　　Having reviewed the record and finding that good cause exists, it is hereby

　　　**ORDERED** that:

　　　1.  The Government's Motion to Dismiss the Indictment, filed January 23, 2007, **Ct. Rec. 13-1**, is **GRANTED**.

　　　2.  The Indictment filed May 6, 1997, **Ct. Rec. 1**, is **DISMISSED <u>WITH PREJUDICE.</u>**

　　　**DATED** this 25th day of January, 2007.


　　　　　　　　　　　　　　　　　　s/ Wm. Fremming Nielsen
　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE